**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

TINA G.,

                Plaintiff,

v.                                         CIVIL ACTION NO.   2:25-cv-00595

FRANK BISIGNANO,
*Commissioner of Social Security*,

                Defendant.

**MEMORANDUM OPINION AND ORDER**

Pending in this matter are the Plaintiff's Brief for Judgment on the Pleadings (Document 4) and the Defendant's Brief for Judgment on the Pleadings (Document 5).  By *Standing Order* (Document 2) entered on October 9, 2025, this action was referred to the Honorable Joseph K. Reeder, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  Subsequently, by *Order* (Document 7) entered on July 22, 2026, the referral was transferred from the Honorable Magistrate Judge Reeder to the Honorable Omar J. Aboulhosn, United States Magistrate Judge.

On July 22, 2026, Magistrate Judge Aboulhosn submitted a *Proposed Findings and Recommendation* (Document 8) wherein it is recommended that this Court deny the Plaintiff's request for judgment on the pleadings (Document 4), grant the Defendant's request to affirm the decision of the Commissioner (Document 5), affirm the final decision of the Commissioner, and

1

dismiss this action from the Court's docket.  Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by August 5, 2026.

Neither party has timely filed objections to the Magistrate Judge's *Proposed Findings and Recommendation*.   The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed.  *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985); *see also Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983) (holding that district courts may adopt proposed findings and recommendations without explanation in the absence of objections).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*, and **ORDERS** that the Plaintiff's request for judgment on the pleadings (Document 4) be **DENIED**, the Defendant's request to affirm the decision of the Commissioner (Document 5) be **GRANTED**, the final decision of the Commissioner be **AFFIRMED**, and this action be **DISMISSED** from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this *Memorandum Opinion and Order* to Magistrate Judge Aboulhosn, counsel of record, and any unrepresented party.

ENTER:        August 11, 2026

_____
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

2